# United States District Court Violation Notice

CVB Location Code: MA 42

Violation Number: 3696032
Officer Name (Print): G. Fernandez
Officer No.: 053

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/13/13 12:43 a.m.
Offense Charged: ☒ USC — 18 U.S.C. 1701

Place of Offense: 25 Dorchester Avenue, Boston, MA

Offense Description: Factual Basis for Charge
- Obstruction of mails generally
- Theft of mail

### DEFENDANT INFORMATION

Last Name: Kearney
First Name: Daniel
M.I.: J.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Daniel Kearney

(Rev. 01/2011)     Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 13, 2013 while exercising my duties as a law enforcement officer in the _____ District of Massachusetts

See Attached

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/13/2013
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident